Order issued January 16, 2013



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01375-CV

### IN THE INTEREST OF C.H.C. AND S.M.C., CHILDREN,

## ORDER

Appellant's motion for extension of time to file motion for rehearing and motion for rehearing en banc is **GRANTED**, and the time for appellant to file her motion for rehearing and motion for rehearing en banc is extended to February 19, 2013.

LANA MYERS
JUSTICE